B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Eastern District of North Carolina

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Somerset Properties SPE, LLC** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**26-0715494** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4515 Falls of Neuse Road, Suite 100**<br>**Raleigh, NC**<br>ZIP Code **27609** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Wake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)        Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Somerset Properties SPE, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>    Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): **Somerset Properties SPE, LLC** |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ Bill Janvier**
Signature of Attorney for Debtor(s)

**Bill Janvier 21136**
Printed Name of Attorney for Debtor(s)

**Janvier Law Firm**
Firm Name

**1101 Haynes Street Suite 102**
**Raleigh, NC 27604**
Address

Email: erika@smvt.com
**919-582-2323  Fax: 919-582-2301**
Telephone Number

**November 8, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Kevin J. Wilk**
Signature of Authorized Individual

**Kevin J. Wilk**
Printed Name of Authorized Individual

**Agent of Manager**
Title of Authorized Individual

**November 8, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  **Somerset Properties SPE, LLC**  
Debtor(s)

Case No. _____  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Ambius, Inc.<br>Attn: Managing Agent<br>PO Box 95409<br>Palatine, IL 60095-0409 | Ambius, Inc.<br>Attn: Managing Agent<br>PO Box 95409<br>Palatine, IL 60095-0409 | Trade debt | | 889.93 |
| Amelang Management Corporation<br>Attn: Managing Agent<br>5599 San Felipe, Ste 110<br>Houston, TX 77056 | Amelang Management Corporation<br>Attn: Managing Agent<br>5599 San Felipe, Ste 110<br>Houston, TX 77056 | Trade debt | | 130,722.32 |
| B.E.S.T., Inc.<br>Attn: Managing Agent<br>PO Box 10803<br>Raleigh, NC 27605 | B.E.S.T., Inc.<br>Attn: Managing Agent<br>PO Box 10803<br>Raleigh, NC 27605 | Trade debt | | 2,220.00 |
| Blount<br>Attn: Managing Agent<br>8509 Stonechase Dr.<br>Raleigh, NC 27613 | Blount<br>Attn: Managing Agent<br>8509 Stonechase Dr.<br>Raleigh, NC 27613 | Trade debt | | 1,500.00 |
| Cassidy Turley<br>100 Light Street, Ste 1400<br>Baltimore, MD 21202 | Cassidy Turley<br>100 Light Street, Ste 1400<br>Baltimore, MD 21202 | Trade debt | | 47,122.89 |
| City of Raleigh<br>PO Box 96084<br>Charlotte, NC 28296-0084 | City of Raleigh<br>PO Box 96084<br>Charlotte, NC 28296-0084 | | | 3,832.72 |
| Collection Services, Inc.<br>Attn: Managing Agent<br>PO Box 3161<br>Cary, NC 27519-3161 | Collection Services, Inc.<br>Attn: Managing Agent<br>PO Box 3161<br>Cary, NC 27519-3161 | Trade debt | | 1,932.22 |
| EMCOR Services/Aircond<br>Attn: Managing Agent<br>PO Box 945617<br>Atlanta, GA 30394-5617 | EMCOR Services/Aircond<br>Attn: Managing Agent<br>PO Box 945617<br>Atlanta, GA 30394-5617 | Trade debt | | 63,475.63 |
| Falls of Neuse Investments, LLC<br>Attn: Managing Agent<br>4515 Falls of Neuse Rd., Ste 100<br>Raleigh, NC 27609 | Falls of Neuse Investments, LLC<br>Attn: Managing Agent<br>4515 Falls of Neuse Rd., Ste 100<br>Raleigh, NC 27609 | Trade debt | | 45,500.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Somerset Properties SPE, LLC**          Case No.
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Glass Express, Inc.**<br>**Attn: Managing Agent**<br>**503 W. Garner Road**<br>**Garner, NC 27529** | **Glass Express, Inc.**<br>**Attn: Managing Agent**<br>**503 W. Garner Road**<br>**Garner, NC 27529** | **Trade debt** | | **400.00** |
| **Harrod & Assoc. Constructors**<br>**Attn: Managing Agent**<br>**PO Box 90713**<br>**Raleigh, NC 27675** | **Harrod & Assoc. Constructors**<br>**Attn: Managing Agent**<br>**PO Box 90713**<br>**Raleigh, NC 27675** | | | **172,070.52** |
| **Holland & Knight, LLP**<br>**Attn: Managing Agent**<br>**PO Box 864084**<br>**Orlando, FL 32886-4084** | **Holland & Knight, LLP**<br>**Attn: Managing Agent**<br>**PO Box 864084**<br>**Orlando, FL 32886-4084** | **Trade debt** | | **6,163.89** |
| **MG Capital Maintenance, Inc**<br>**Attn: Managing Agent**<br>**110 A Pheasant Wood Ct.**<br>**Morrisville, NC 27560** | **MG Capital Maintenance, Inc**<br>**Attn: Managing Agent**<br>**110 A Pheasant Wood Ct.**<br>**Morrisville, NC 27560** | **Trade debt** | | **21,243.65** |
| **MW Holdings, LLC**<br>**Attn: Managing Agent**<br>**4515 Falls of Neuse Rd., Ste 100**<br>**Raleigh, NC 27609** | **MW Holdings, LLC**<br>**Attn: Managing Agent**<br>**4515 Falls of Neuse Rd., Ste 100**<br>**Raleigh, NC 27609** | **Trade debt** | | **1,000.00** |
| **Otis Elevator Company**<br>**Attn: Managing Agent**<br>**PO Box 905454**<br>**Charlotte, NC 28290-5454** | **Otis Elevator Company**<br>**Attn: Managing Agent**<br>**PO Box 905454**<br>**Charlotte, NC 28290-5454** | **Trade debt** | | **3,573.00** |
| **Progress Energy Carolinas, Inc.**<br>**Attn: Managing Agent**<br>**PO Box 2041**<br>**Raleigh, NC 27602** | **Progress Energy Carolinas, Inc.**<br>**Attn: Managing Agent**<br>**PO Box 2041**<br>**Raleigh, NC 27602** | **Trade debt** | | **60,827.60** |
| **Security Forces, Inc.**<br>**Attn: Managing Agent**<br>**812 Salem Woods Dr. # 101**<br>**Raleigh, NC 27615-3346** | **Security Forces, Inc.**<br>**Attn: Managing Agent**<br>**812 Salem Woods Dr. # 101**<br>**Raleigh, NC 27615-3346** | **Trade debt** | | **2,419.20** |
| **SimplexGrinnell**<br>**Attn: Managing Agent**<br>**Dept. CH 10320**<br>**Palatine, IL 60055-0320** | **SimplexGrinnell**<br>**Attn: Managing Agent**<br>**Dept. CH 10320**<br>**Palatine, IL 60055-0320** | **Trade debt** | | **411.83** |
| **Southeastern Poolphone Service**<br>**Attn: Managing Agent**<br>**PO Box 475**<br>**Fuquay Varina, NC 27526** | **Southeastern Poolphone Service**<br>**Attn: Managing Agent**<br>**PO Box 475**<br>**Fuquay Varina, NC 27526** | **Trade debt** | | **1,350.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Somerset Properties SPE, LLC**   Case No.
                       Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **ValleyCrest Landscape Maintenance**<br>**Attn: Managing Agent**<br>**PO Box 404083**<br>**Atlanta, GA 30384-4083** | **ValleyCrest Landscape Maintenance**<br>**Attn: Managing Agent**<br>**PO Box 404083**<br>**Atlanta, GA 30384-4083** | **Trade debt** | | 4,620.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Agent of Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **November 8, 2010**       Signature   **/s/ Kevin J. Wilk**
                                              **Kevin J. Wilk**
                                              **Agent of Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

A&M Construction Company, Inc.
Attn: Managing Agent
PO Box 99490
Raleigh, NC 27624

Blount
Attn: Managing Agent
8509 Stonechase Dr.
Raleigh, NC 27613

Dennis W. McNames
Womble Carlyle
One West Fourth Street
Winston Salem, NC 27101

AET, Inc
4505 Falls of Neuse Rd, Ste 440
Raleigh, NC 27609

Capstone Bank
4505 Falls of Neuse Rd, Ste 150
Raleigh, NC 27609

Economy Exterminators, Inc.
Attn: Managing Agent
PO Box 4493
Cary, NC 27519

Ambius, Inc.
Attn: Managing Agent
PO Box 95409
Palatine, IL 60095-0409

Cassidy Turley
100 Light Street, Ste 1400
Baltimore, MD 21202

EMCOR Services/Aircond
Attn: Managing Agent
PO Box 945617
Atlanta, GA 30394-5617

Amelang Management Corporation
Attn: Managing Agent
5599 San Felipe, Ste 110
Houston, TX 77056

CAVU Corporation
4515 Falls of Neuse Rd, Ste 250
Raleigh, NC 27609

Falls of Neuse Investments, LLC
Attn: Managing Agent
4515 Falls of Neuse Rd., Ste 100
Raleigh, NC 27609

American Residential Services
Attn: Managing Agent
517 Pylon Drive
Raleigh, NC 27606

City of Raleigh
PO Box 96084
Charlotte, NC 28296-0084

FM Systems, Inc.
4515 Falls of Neuse Rd, Ste 420
Raleigh, NC 27609

Anchor Capital Funding, LLC
Attn: Managing Agent
191 Main Street
Hampton, NJ 08827-5426

Collection Services, Inc.
Attn: Managing Agent
PO Box 3161
Cary, NC 27519-3161

Frankel and Topche, P.C.
Attn: Managing Agent
1700 Galloping Hill Rd.
Kenilworth, NJ 07033

Arbor Pharmaceuticals, Inc.
4505 Falls of Neuse Rd, Ste 420
Raleigh, NC 27609

Consolidated Roofing Systems, Inc.
4515 Falls of Neuse Rd, Ste 175
Raleigh, NC 27609

Glass Express, Inc.
Attn: Managing Agent
503 W. Garner Road
Garner, NC 27529

B.E.S.T., Inc.
Attn: Managing Agent
PO Box 10803
Raleigh, NC 27605

CSFB 2001-CP4 Bland Road, LLC
1601 Washington Avenue, Suite 700
Miami Beach, FL 33139

Gold Law, PA
4505 Falls of Neuse Rd, Ste 360
Raleigh, NC 27609

Binswanger Glass
Attn: Managing Agent
PO Box 277586
Atlanta, GA 30384-7586

CSFB 2001-CP4 Falls of Neuse, LLC
1601 Washington Avenue, Suite 700
Miami Beach, FL 33139

Harrod & Assoc. Constructors
Attn: Managing Agent
PO Box 90713
Raleigh, NC 27675

Harrod & Assoc. Constructors, Inc.
Attn: Managing Agent
4225 Beryl Road, Pylon Com. Pk
Raleigh, NC 27606

Holland & Knight, LLP
Attn: Managing Agent
PO Box 864084
Orlando, FL 32886-4084

Industrial Water Solutions, Inc.
Attn: Managing Agent
PO Box 61251
Raleigh, NC 27661

IRS
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114-0326

ITRON, Inc.
2111 N. Molter Rd
Liberty Lake, WA 99019

LNR Partners, Inc.
1601 Washington Ave.
Suite 800
Miami Beach, FL 33139

Makhteshim Agan of NA, Inc.
4515 Falls of Neuse Rd, Ste 300
Raleigh, NC 27609

MG Capital Maintenance, Inc
Attn: Managing Agent
110 A Pheasant Wood Ct.
Morrisville, NC 27560

Midland Loan Sevices, Inc.
2711 Centerville Rd.
Suite 400
Wilmington, DE 19808

MW Holdings, LLC
Attn: Managing Agent
4515 Falls of Neuse Rd., Ste 100
Raleigh, NC 27609

North Carolina Department Revenue
P.O. Box 25000
Raleigh, NC 27640-0002

Otis Elevator Company
Attn: Managing Agent
PO Box 905454
Charlotte, NC 28290-5454

Pat A. Cook
William M. Black, Jr. Attorneys
PO Box 19866
Raleigh, NC 27619

Paul E. Davis
Conner Gwyn Schenck, PLLC
PO Box 30933
Raleigh, NC 27622

Pinellas Corporation
Attn: Managing Agent
4505 Falls of Neuse Rd, Suite 270
Raleigh, NC 27609

Progress Energy Carolinas
Attn: Managing Agent
PO Box 1551
Raleigh, NC 27602

Progress Energy Carolinas, Inc.
Attn: Managing Agent
PO Box 2041
Raleigh, NC 27602

Pye Barker Fire & Safety, Inc.
Attn: Managing Agent
PO Box 70008
Marietta, GA 30007-0008

RBC Centura Bank
c/o CBRE Lease Administration
5100 Poplar Avenue, Ste 1000
Memphis, TN 38137

Security Forces, Inc.
Attn: Managing Agent
812 Salem Woods Dr. # 101
Raleigh, NC 27615-3346

Senn Dunn Marsh & Roland, LLC
PO Box 9375
Greensboro, NC 27429-0375

Shimar Recycling, Inc.
Attn: Managing Agent
938 Harvest Rd.
Durham, NC 27704-5216

SimplexGrinnell
Attn: Managing Agent
Dept. CH 10320
Palatine, IL 60055-0320

Southeastern Poolphone Service
Attn: Managing Agent
PO Box 475
Fuquay Varina, NC 27526

Southern Piping Company
Attn: Managing Agent
PO Box 90455
Raleigh, NC 27675

Southern Piping Company
Attn: Managing Agent
PO Box 3006
Wilson, NC 27895

Staples Contract & Commercial, In
Attn: Lease Administration
500 Staples Drive, PO Box 9271
Framingham, MA 01701-9271

Stock Building Supply
4505 Falls of Neuse Rd, Ste 550
Raleigh, NC 27609

Willaim B. Sullivan
Womble Carlyle Sandridge & Rice PLL
One West Fourth Street
Winston Salem, NC 27101

Thomas, Judy & Tucker, P.A
4505 Falls of Neuse Rd, Ste 450
Raleigh, NC 27609

Todd A. Jones
Anderson Jones, PLLC
Post Office Box 20248
Raleigh, NC 27619

US General Services Administration
77 Forsyth St, SW Room 500
Atlanta, GA 30303

ValleyCrest Landscape Maintenance
Attn: Managing Agent
PO Box 404083
Atlanta, GA 30384-4083

W.R. Starkey Mortgage, LLP
4505 Falls of Neuse Rd, Ste 125
Raleigh, NC 27609

Wachovia Bank, NA - PID:611040
Corporate Real Estate, NC0114
201 N. Tryon St, 21st Floor
Charlotte, NC 28288-0114

Wake County Revenue Dept.
Attn: Managing Agent
P.O. Box 2331
Raleigh, NC 27602-2331

Wells Fargo
9062 Old Annapolis Rd.
Columbia, MD 21045