**SO ORDERED.**

**SIGNED this 27 day of September, 2011.**

_Stephani W. Humrickhouse_
**Stephani W. Humrickhouse
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO.** |
| **SOMERSET PROPERTIES, SPE, LLC** | **10-09210-8-SWH** |
|     **DEBTOR** | |

**SUPPLEMENTAL ORDER REGARDING VALUATION**

On September 19, 2011, this court entered an order requiring the parties to recalculate the discounted cash flow analysis contained in the appraisal of Mr. Chris R. Morris, incorporating additions to expenses as directed by the court. The court has been jointly advised by the parties that the resulting value for the subject property, consisting of "Somerset Park" and "Somerset Center and Place" in Raleigh, North Carolina, is $24,348,000.

It is therefore ordered that the value of the subject property is $24,348,000.

**SO ORDERED**.

**END OF DOCUMENT**